IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK D. ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>OMAHA CORRECTIONS CENTER, OCC; All sued in their individual capacities; BARB LEWIEN, Warden; All sued in their individual capacities; FREESE, Deputy Warden; All sued in their individual capacities; JANE SKINNER, Librarian at the reception and Treatment Center (RTC); All sued in their individual capacities; JULIE ROGERS, Deputy Ombudsman; All sued in their individual capacities; SARA AMSBERRY, All sued in their individual capacities; SHAWN, at the Nebraska Ombudsman's Office; All sued in their individual capacities; and DOUG KOEBERNECK, Inspector General of Correction Services; All sued in their individual capacities;<br><br>　　　　　　Defendants. | 8:22CV398<br><br>**MEMORANDUM AND ORDER** |

　　This matter is before the Court on Plaintiff's Motion for Status, Filing No. 10; Motion for Review, Filing No. 11; and Motion to Refile and Extension of Time, Filing No. 15. For the reasons stated, the Motion for Status will be granted; the Motion for Review will be denied as moot; and the Motion to Refile and Extension of Time will be interpreted as a motion to amend the complaint which will be granted.

## I. BACKGROUND

　　On May 17, 2023, the Court determined Plaintiff's Complaint, even construed liberally, failed to state a claim for which relief can be granted. Filing No. 9 at 5. The

Court explained that Plaintiff's Complaint, Filing No. 1, did not make allegations against several named Defendants, Plaintiff's claims for damages were barred by sovereign immunity, and Plaintiff failed to sufficiently plead an Equal Protection claim. See Filing No. 9 at 6-10. Although Plaintiff failed to state a claim upon which relief may be granted, the Court gave Plaintiff 30 days in which to file an amended complaint that stated a plausible equal protection claim. Plaintiff filed an amended complaint on June 8, 2023, Filing No. 12, but asserts that he did not learn of the instructions in the Court's initial review order until July 20, 2023, Filing No. 15 at 2.

## II. DISCUSSION

### A. Motion for Status

Plaintiff filed a Motion for Status that appears to be an incomplete document. Plaintiff filed the same motion in Case No. 8:22CV151, Filing 30; and Case No. 8:22CV412, Filing 12. The motion is still pending in Case No. 8:22CV151 because Plaintiff filed several other related motions with it but, upon consideration, was granted in Case No. 8:22CV412, Filing 11. Upon consideration in this case, the Court concludes that the Motion for Status will be granted.

### B. Motion for Review

Plaintiff's Motion for Review was also filed in several cases. Plaintiff requests a quick review of all his cases so he could proceed to the court of appeals and be finished with the corrupt and unethical Nebraska courts. Filing No. 11 at 1. When Plaintiff filed his Motion for Review, he was unaware that the Court had already completed an initial review of his Complaint in this case. See Filing No. 15 at 1. As discussed below, Plaintiff

is now aware of the Court's initial review and requests an extra 90 days to file an amended complaint. Filing No. 15 at 1. Accordingly, Plaintiff's request for review is moot.

**C. Motion to Refile and Extension of Time**

The Court construes Plaintiff's Motion to Refile as a motion to amend his amended complaint. Plaintiff asserts that he recently learned of the instructions given in the Court's prior Memorandum and Order, Filing No. 9, and seeks leave to file an amended complaint that complies with the instructions. Plaintiff also requests that he be given 90 days to complete his amendment because of his limited access to the prison library. The Court concludes Plaintiff's Motion should be granted and he will be given leave to amend his amended complaint within 90 days of the date of this Memorandum and Order.

IT IS THEREFORE ORDERED:

1. Plaintiff's Motion for Status, Filing No. 10, is granted.

2. Plaintiff's Motion for Review, Filing No. 11, is denied as moot.

3. Plaintiff's Motion to Refile and Extension of Time, Filing No. 15, construed as a motion to amend the amended complaint, is granted.

4. Plaintiff shall have 90 days to file an amended complaint in accordance with this Memorandum and Order and the Court's Memorandum and Order dated May 17, 2023, Filing No. 9. Failure to file an amended complaint within the time specified by the Court will result in the Court dismissing this case without further notice to Plaintiff.

5. The Court reserves the right to conduct further review of Plaintiff's claims in the event he files an amended complaint.

6. The Clerk of the Court is directed to set a pro se case management deadline using the following text: **October 31, 2023**—amended complaint due.

Dated this 1st day of August, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge